IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 96-10619
Conference Calendar

---

EDDIE TYLER,

                                        Plaintiff-Appellant,


versus

WAYNE SCOTT,

                                        Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:95-CV-252
- - - - - - - - - -
August 22, 1996
Before KING, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

     Eddie Tyler appeals the dismissal of his civil rights suit
pursuant to 28 U.S.C. § 1915(d), now redesignated as
§ 1915(e)(2)(B)(i).  Tyler argues that the defendants failed to
provide adequate treatment for Tyler's broken finger.  We have
reviewed the record and Tyler's brief and AFFIRM the district
court's dismissal for the reasons adopted by the district court.
Tyler v. Scott, No. 2:95-CV-0252 (N.D. Tex. May 14, 1996).

---

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

Tyler's "Supplemental Motion" is DENIED.